

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant. | Civil Case No. CV04-**04-00035**<br><br>**EX PARTE APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Pursuant to Fed.R.Civ.P. Rule 65, and 28 U.S.C. § 1651, plaintiff Government of Guam respectfully moves the Court *ex parte* for an order to show cause and temporary restraining order, and for an order setting date for a hearing on plaintiff's Motion for Preliminary Injunctive Relief as follows:

1. an immediate order to defendant Governor, Felix P. Camacho, his successors, agents, employees, and all persons acting in concert with them **RESTRAINING AND ENJOINING** them from exercising or attempting to exercise any of the powers and duties of the Office of Attorney General by,

FILED
DISTRICT COURT OF GUAM
JUL 13 2004
MARY L. M. MORAN
CLERK OF COURT

ORIGINAL

*inter alia*, exercising any authority with respect to the investigation and/or prosecution of suspected crimes or criminal activity within the Territory of Guam, said authority being entirely within the powers and duties exclusively reserved to the Attorney General as Chief Legal Officer; or by exercising, appointing or attempting to appoint to the office, or otherwise perform the functions and duties of a "special prosecutor," however denominated, to investigate and prosecute allegations of criminal wrongdoing within the Territory of Guam;

2. an order setting date for a hearing on plaintiff's motion for preliminary injunction to enjoin defendant Governor, Felix P. Camacho, his successors, agents, employees, and all persons acting in concert with him from exercising or attempting to exercise any of the powers and duties of the Office of Attorney General by, *inter alia*, appointing or attempting to appoint a "special prosecutor," however denominated, to investigate and prosecute allegations of criminal wrongdoing within the Territory of Guam.

This motion is based upon the complaint and pleadings filed to-date, the Attorney's Rule 65(b)(2) Certification which follows, and the "Memorandum in Support of Motion for Preliminary Injunctive Relief" filed contemporaneously herewith.

Respectfully submitted this 13th day of July, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

Robert M. Weinberg
Assistant Attorney General

## ATTORNEY'S RULE 65(b)(2) CERTIFICATION

Pursuant to Fed.R.Civ.P. 65(b)(2), this is to certify that the undersigned counsel for plaintiff has attempted to give notice to the defendant of the foregoing by:

(1) directing that a copy of this motion, the complaint, and memorandum in support of motion for preliminary injunction be hand-delivered and/or faxed to defendant's attorney, Shannon Taitano; and

(2) telephoning defendant's attorney, Shannon Taitano, and notifying her of the time and place the undersigned would be seeking judicial relief as requested herein.

Respectfully submitted this 13th day of July, 2004.

Robert M. Weinberg
Assistant Attorney General