

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
JUL 13 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM, <br><br> Plaintiff, <br><br> vs. <br><br> FELIX P. CAMACHO, in his official capacity as Governor of Guam, <br><br> Defendant. | Civil Case No. CV04-**04-00035** <br><br> **SUGGESTION OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE** |

Pursuant to Local Rules of Practice General Order No. 04-00016, filed April 30, 2004, which provides that the District Judge may refer to the Magistrate Judge "Motions for injunctive relief, including temporary restraining orders and preliminary injunctions," plaintiff respectfully suggests that the "Ex parte Application for Issuance of Order to Show Cause and Temporary Restraining Order and Motion for Preliminary Injunctive Relief" be referred to the United States Magistrate Judge for the Territory of Guam as authorized by 28 U.S.C. § 636.

1

ORIGINAL

Respectfully submitted this 13th day of July, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
Robert M. Weinberg
Assistant Attorney General