○AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
DISTRICT COURT OF GUAM
JUL 13 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of Guam

The Government of Guam, by
and through the Attorney General
of Guam,

V.

FELIX P. CAMACHO, in his
official capacity as Governor
of Guam

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-00035

TO: (Name and address of Defendant)

Hon. Felix P. Camacho
Governor of Guam
c/o Shannon Taitano, Legal Counsel
P.O. Box 2950
Hagatna, Guam 96932

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert M. Weinberg
Assistant Attorney General
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK /s/ Hernande

(By) DEPUTY CLERK

JUL 13 2004
DATE

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | July 13, 2004 12:05 pm |
| NAME OF SERVER (PRINT) Francisca M. Santos | TITLE | Process Officer II |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Office of the Governor

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
 Name of person with whom the summons and complaint were left: Therese C. Santos

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 13, 2004
Date

Signature of Server
Francisca M. Santos

Address of Server
Attorney General's Office
Hagatna, Guam

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.