

FILED
DISTRICT COURT OF GUAM
JUL 1 4 2004
MARY L. M. MORAN
CLERK OF COURT

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM, <br><br> Plaintiff, <br><br> vs. <br><br> FELIX P. CAMACHO, in his official capacity as Governor of Guam, <br><br> Defendant. | Civil Case No. 04-00035 <br><br> **MOTION TO EXCEED PAGE LIMITATION AND FILE AMENDED MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Pursuant to Local Rules of Practice LR 7.1(g), plaintiff Government of Guam respectfully moves the Court for leave to exceed the 20 page limitation for filing its "Memorandum in support of Motion for Preliminary Injunctive Relief," and to file the attached "Amended Memorandum in support of Motion for Preliminary Injunctive Relief" containing a Table of Contents and Table of Authorities. The text and substance of the Memorandum remains otherwise unchanged.

Respectfully submitted this 14th day of July, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
Robert M. Weinberg
Assistant Attorney General

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the foregoing by hand delivery, or by depositing same in the United States Mail, postage prepaid, and properly addressed to:

Shannon Taitano, Esq.
Legal Counsel, Governor's Office
P.O. Box 2950
Hagåtña, Guam 96932

this 14th day of July, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
Robert M. Weinberg
Assistant Attorney General

2

Case 1:04-cv-00035   Document 8   Filed 07/14/2004   Page 2 of 2