

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant. | Civil Case No. 04-00035<br><br>**AMENDED MOTION TO EXCEED PAGE LIMITATION AND FILE AMENDED MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Pursuant to Local Rules of Practice LR 7.1(g), plaintiff Government of Guam respectfully moves the Court for leave to exceed the 20 page limitation for filing its "Memorandum in support of Motion for Preliminary Injunctive Relief," and to file an "Amended Memorandum in support of Motion for Preliminary Injunctive Relief," previously filed with the Court containing a Table of Contents and Table of Authorities. In support, plaintiff respectfully submits:

1. Page limits according to the local rules are 20 pages for memoranda in support or opposition to a pending motion. L.R. 7.1(g). The Original "Memorandum in

1

**ORIGINAL**

Support of Motion for Preliminary Injunctive Relief" contained less than 21 ½ pages, specifically, 21 pages and 8 lines, including the signature block, the Memorandum thus exceeds the local rules page limits by 1 page and 8 lines.

2. The federal questions and issues presented in this matter and by the request for preliminary injunctive relief are of significant consequence to the balance of powers between coordinate officials of the Government of Guam as envisioned by the U.S. Congress in the Organic Act. Every effort was made to thoroughly brief the issues presented in as concise a manner possible, without unnecessary duplication of argument or verbiage.

3. In the event the Court is not inclined to allow the plaintiff to file an amended memorandum that exceeds the page limits by one page and 8 lines, plaintiff respectfully requests in the alternative that it be permitted to file a second amended memorandum which omits discussion of "The Alternative Test" for issuance of a preliminary injunction which begins on page 19, line 20 through page 21, line 4 of the original and amended memoranda already on file.

4. A proposed order is attached.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
Robert M. Weinberg
Assistant Attorney General

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the foregoing by hand delivery, or by depositing same in the United States Mail, postage prepaid, and properly addressed to:

Shannon Taitano, Esq.
Legal Counsel, Governor's Office
P.O. Box 2950
Hagåtña, Guam 96932

Michael A. Pangelinan, Esq.
Calvo and Clark, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911

this 15th day of July, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

Robert M. Weinberg
Assistant Attorney General