SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Post Office Box 2950
Hagåtña, Guam 96932
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

MICHAEL A. PANGELINAN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for the
Honorable Felix P. Camacho
Governor of Guam

FILED
DISTRICT COURT OF GUAM
JUL 15 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,

Plaintiff,

vs.

FELIX P. CAMACHO, in his official capacity as Governor of Guam,

Defendant.

Civil Case No. 04-00035

**CERTIFICATE OF SERVICE**

I, MICHAEL J. PEREZ, hereby certify that on the 14th day of July, 2004, I served via hand delivery a copy of the following:

1. Objection to Suggestion of Referral to United States Magistrate Judge; and

2. Declaration of Louie J. Yanza in Support of Objection to Suggestion of Referral to United States Magistrate Judge on Plaintiff.

on Plaintiff, The Government of Guam, by and through the Attorney General of Guam, Office of Attorney General, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam 96910

Dated this 15th day of July, 2004.

MICHAEL J. PEREZ