SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Post Office Box 2950
Hagatña, Guam 96932
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

MICHAEL A. PANGELINAN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the*
Honorable Felix P. Camacho
Governor of Guam

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant. | CIVIL CASE NO. 04-00035<br><br>**CERTIFICATE OF SERVICE** |

I, **MICHAEL J. PEREZ**, hereby certify that on the 15th day of July, 2004, I served via hand delivery a copy of the following:

1. Memorandum in Opposition to *Ex Parte* Application for Issuance of Order to Show Cause and Temporary Restraining Order; and

2. Declaration of Michael A. Pangelinan in Support of Defendant's Opposition to *Ex Parte* Application for Issuance of Order to Show Cause and Temporary Restraining Order on

Plaintiff, the Government of Guam, by and through the Attorney General of Guam, Office of Attorney General, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam 96910

DATED this 15th day of July, 2004.

_____
MICHAEL J. PEREZ