

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam



FILED
DISTRICT COURT OF GUAM
JUL 1 6 2004
MARY L. M. MORAN
CLERK OF COURT



# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,

Plaintiff,

vs.

FELIX P. CAMACHO, in his official capacity as Governor of Guam,

Defendant.

Civil Case No. 04-00035

**PLAINTIFF'S REQUEST FOR BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS**

1. This action was filed on July 13, 2004, and seeks declaratory and injunctive relief, both preliminary and permanent, as well as a Temporary Restraining Order. As of this date, to the knowledge of the undersigned, no designated district court judge has been publicly assigned to this case.

2. Presently pending before the Court are the following matters:

   a. Plaintiff's "Ex parte Application for Issuance of Order to Show Cause and Temporary Restraining Order and Motion for Preliminary Injunctive Relief," filed July 13, 2004;

1

b. Plaintiff's "Suggestion of Referral to United States Magistrate Judge," filed July 13, 2004;

c. Defendant's "Objection to Suggestion of Referral to United States Magistrate Judge," accompanied by a "Declaration of Louie J. Yanza in Support of Objection to Suggestion of Referral to United States Magistrate Judge" filed July 14, 2004; and

d. Defendant's "Memorandum in Opposition to "Ex parte Application for Issuance of Order to Show Cause and Temporary Restraining Order," accompanied by a "Declaration of Michael A. Pangelinan in Support of Defendant's Opposition to Ex parte Application for Issuance of Order to Show Cause and Temporary Restraining Order," filed July 15, 2004.

3. The defendant appears to be objecting most strenuously to a mere "suggestion" that the matter be referred to the Magistrate Judge and his grounds appear to be that if the matter were referred, the Magistrate Judge would need to recuse. Although an objection to a "suggestion" appears a little premature, inasmuch as the matter might not be referred to the Magistrate Judge, it is due to be properly briefed, as defendant has failed to articulate legitimate grounds for recusal.

4. Inasmuch as the defendant's objection and suggestion of disqualification rests entirely upon a declaration from an attorney in an unrelated matter, Mr. Louie J. Yanza, and inasmuch as the opposition and declaration in support articulate no legitimate factual basis for the Magistrate Judge's recusal beyond speculation and conjecture, it appears that discovery from the declarant is necessary. Accordingly, plaintiff will require time to depose the declarant as to the factual basis for his

assertions in support of recusal. Furthermore, as defendant's objection to the suggestion of referral has no factual basis, and appears to be legally without merit on its face, plaintiff requests a briefing schedule to properly brief the issues presented.

5. Defendant's "Memorandum in Opposition to "Ex parte Application for Issuance of Order to Show Cause and Temporary Restraining Order" is more appropriately title a Motion to Dismiss, as it argues (1) that the matter is not ripe; and (2) that the Court should abstain under *Younger* abstention principles. Plaintiff could not disagree more on both points and respectfully requests a briefing schedule in which to properly brief the issues presented, as defendant's opposition is legally without merit.

6. By requesting a briefing schedule, plaintiff in no way waive, and hereby reasserts, its application for a temporary restraining order, order to show cause, and preliminary injunction at the earliest practicable opportunity once a district judge has been assigned to this matter.

7. A proposed order is attached.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

Robert M. Weinberg
Assistant Attorney General

# CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the foregoing by hand delivery, or by depositing same in the United States Mail, postage prepaid, and properly addressed to:

Shannon Taitano, Esq.
Legal Counsel, Governor's Office
P.O. Box 2950
Hagåtña, Guam 96932

Michael A. Pangelinan, Esq.
Calvo and Clark, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911

this 16th day of July, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

Robert M. Weinberg
Assistant Attorney General

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,

    Plaintiff,

vs.

FELIX P. CAMACHO, in his official capacity as Governor of Guam,

    Defendant.

Civil Case No. 04-00035

**ORDER ON PLAINTIFF'S REQUEST FOR BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS**

For good cause shown, plaintiff's "Request For Briefing Schedule On Defendant's Motions" is granted as follows:

1. Plaintiff shall file replies to defendant's "Objection to Suggestion of Referral to United States Magistrate Judge" and "Memorandum in Opposition to "Ex parte Application for Issuance of Order to Show Cause and Temporary Restraining Order" on or before _____, 2004.

2. Defendant may file a response to plaintiff's replies within seven (7) days of the date of service of plaintiff's replies.

**SO ORDERED** this _____ of _____, 2004.

_____
DISTRICT COURT OF GUAM