FILED
DISTRICT COURT OF GUAM
JUL 16 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,

    Plaintiff,

vs.

FELIX P. CAMACHO, in his official capacity as Governor of Guam,

    Defendant.

Civil Case No. 04-00035

**ORDER GRANTING MOTION TO EXCEED PAGE LIMITATION AND FILE AMENDED MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

For good cause shown, plaintiff's "Motion To Exceed Page Limitation And File Amended Memorandum In Support Of Motion For Preliminary Injunctive Relief" is granted.

**SO ORDERED** this 16th of July, 2004.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
DISTRICT COURT OF GUAM



RECEIVED
JUL 15 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM