FILED
DISTRICT COURT OF GUAM
JUL 20 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as GOVERNOR OF GUAM,<br><br>Defendant. | Civil Case No. 04-00035<br><br><br><br><br>ORDER |

This case has been assigned to the below-signed District Judge. The Court grants in part the Plaintiff's Request for Briefing Schedule. The Court will expedite the briefing schedule on the Plaintiff's Application for Issuance of Order to Show Cause and Temporary Restraining Order (the "Application"). The Court is already in receipt of the Defendant's Opposition brief to the Application. The Plaintiff shall file a reply brief by 3:00 p.m. on Thursday, July 22, 2004. The Court will thereafter take the matter under advisement. A hearing on the Application shall be scheduled only if the Court believes that oral argument will aid the Court in reaching a decision.

SO ORDERED this 20th day of July, 2004.

/s/ John C. Coughenour
JOHN C. COUGHENOUR*
United States District Judge

---

* The Honorable John C. Coughenour, United States Chief District Judge for the Western District of Washington, sitting by designation

## UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

### General Designation

Pursuant to Title 28, United States Code, Section 292(b), I hereby designate the Honorable **John C. Coughenour**, United States Chief District Judge for the Western District of to hold district court in the District of Guam during the period beginning July 19, 2004, and ending August 6, 2004, and for such additional time required in advance to prepare for the trial of cases, or thereafter as required to complete unfinished business.

Dated: July 19, '04

Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

cc: Judge John Coughenour
Bruce Rifkin, Clerk of Court, Western District of Washington
Mary Moran, Clerk of Court, District of Guam