

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM, <br><br> Plaintiff, <br><br> vs. <br><br> FELIX P. CAMACHO, in his official capacity as Governor of Guam, <br><br> Defendant. | Civil Case No. 04-00035 <br><br> **MOTION TO EXCEED PAGE LIMITATIONS IN PLAINTIFF'S REPLY TO DEFENDANT'S "MEMORANDUM IN OPPOSITION TO ISSUANCE OF ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER"** |

Pursuant to Local Rules of Practice LR 7.1(g), plaintiff Government of Guam respectfully moves the Court for leave to exceed the 10 page limitation for filing "Plaintiff's Reply To Defendant's 'Memorandum In Opposition To Issuance Of Order To Show Cause And Temporary Restraining Order,'" In support, plaintiff respectfully submits:

1. Page limits according to the local rules are 10 pages for reply memoranda in support of a pending motion. L.R. 7.1(g). Including the signature block, and

excluding the Certificate of Service page, plaintiff's reply memorandum is 12 ½ pages.

2. The federal questions and issues presented in this matter and by the request for preliminary injunctive relief are of significant consequence to the balance of powers between coordinate officials of the Government of Guam as envisioned by the U.S. Congress in the Organic Act. The four issues presented in defendant's opposition motion would more likely be the subject of an original motion to dismiss, as defendant raises jurisdictional challenges to the Court entertaining this matter at all. Had defendant filed a separate motion to dismiss in lieu of an opposition to the pending application for rule to show cause and temporary restraining order, plaintiff would have been entitled to file a 20 page memorandum.

3. Every effort was made to thoroughly brief the issues presented in as concise a manner possible, without unnecessary duplication of argument or verbiage.

4. A proposed order is attached.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
Robert M. Weinberg
Assistant Attorney General

# CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the foregoing by hand delivery, or by depositing same in the United States Mail, postage prepaid, and properly addressed to:

Shannon Taitano, Esq.
Legal Counsel, Governor's Office
P.O. Box 2950
Hagåtña, Guam 96932

Michael A. Pangelinan, Esq.
Calvo and Clark, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911

this 22nd day of July, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
Robert M. Weinberg
Assistant Attorney General

3

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant. | Civil Case No. 04-00035<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATIONS IN PLAINTIFF'S REPLY** |

For good cause shown, plaintiff's "Motion To Exceed Page Limitations In Plaintiff's Reply To Defendant's 'Memorandum In Opposition To Issuance Of Order To Show Cause And Temporary Restraining Order'" is granted.

**SO ORDERED** this _____ of _____, 2004.

_____
DISTRICT COURT OF GUAM