

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant. | Civil Case No. 04-00035<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION TO EXCEED PAGE LIMITATIONS IN PLAINTIFF'S REPLY** |

I, **ROBERT M. WEINBERG**, declare that:

1. I am counsel of record for the plaintiff in the above-styled cause.

2. On July 22, 2004, I contacted opposing counsel by phone to inquire whether either had any objection to the plaintiff's motion to exceed page limitations by 2 ½ pages, excluding the Certificate of Service Page. Defense counsel has no objections.

ORIGINAL

I declare under penalty of perjury, under the laws of the United States and Guam, that the foregoing is true and correct.

Executed this the 22nd day of July, 2004.

						ROBERT M. WEINBERG
						Assistant Attorney General

2

Case 1:04-cv-00035    Document 20    Filed 07/22/2004    Page 2 of 2