

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorney for the Government of Guam**



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant. | Civil Case No. 04-00035<br><br>**CERTIFICATE OF SERVICE** |

I, **FRANCISCO M. SANTOS**, do hereby certify and declare that on Thursday, July 22, 2004, I personally served the *1) DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION TO EXCEED PAGE LIMITATIONS IN PLAINTIFF'S REPLY; and 2) PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATIONS IN PLAINTIFF'S REPLY* to:

Shannon Taitano
Governor's Legal Counsel
Adelup Complex, Hagåtña, Guam 96910

*7/22/04 2:44pm*
*Therese C. Santos*

Page 1
Certificate of Service
Government of Guam vs. Camacho
Civil Case No. 04-00035
AG file no. 04.0156



RECEIVED JUL 22 2004 CALVO AND CLARK, LLP

Michael Pangelinan
Calvo & Clark's Office
Tamuning, Guam

Alana Meno
*Alana Meno*
3:15pm 7/22/04

I certify and declare, under penalty of perjury, this 22nd day of July, 2004 that the foregoing is true and correct to the best of my knowledge.

*[signature]*
**FRANCISCO M. SANTOS**

Page 2
Certificate of Service
Government of Guam vs. Camacho
Civil Case No. 04-00035
AG file no. 04.0156