SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Post Office Box 2950
Hagåtña, Guam 96932
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

MICHAEL A. PANGELINAN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for the
Honorable Felix P. Camacho
Governor of Guam

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant. | Civil Case No. 04-00035<br><br>**CERTIFICATE OF SERVICE** |

I, MICHAEL J. PEREZ, hereby certify that on the 27th day of July, 2004, I served via hand delivery a copy of the Opposition to Motion for Preliminary Injunctive Relief on Plaintiff, The Government of Guam, by and through the Attorney General of Guam, Office of Attorney General, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam 96910

Dated this 27th day of July, 2004.

MICHAEL J. PEREZ

CERTIFICATE OF SERVICE
B040727.382-0007.CT (Certificate of Service).wpd
ORIGINAL
1
Case 1:04-cv-00035  Document 23  Filed 07/28/2004  Page 1 of 1