ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG -2 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM



| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as GOVERNOR OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 04-00035<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order filed August 2, 2004.

Dated this 2nd day of August, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 08·02·04.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____ 08·02·04
Deputy Clerk   Date