SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Post Office Box 2950
Hagåtña, Guam 96932
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

MICHAEL A. PANGELINAN, ESQ.
JANALYNN CRUZ DAMIAN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the*
Honorable Felix P. Camacho,
Governor of Guam

FILED
DISTRICT COURT OF GUAM
AUG - 2 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>                 Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>                 Defendant. | CIVIL CASE NO. 04-00035<br><br>**ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT** |

        COMES NOW, Defendant Felix P. Camacho, in his official capacity as Governor of Guam (the "Governor"), by and through his undersigned counsel, and answers the Verified Complaint in Quo Warranto; for Declaratory Judgment; and for Preliminary and Permanent Injunctive Relief as follows:

        1.    As to paragraph 1 of the Complaint, the Governor admits that Plaintiff's Complaint seeks the relief stated therein. The Governor denies all other allegations in paragraph 1.

        2.    As to paragraph 3 of the Complaint, the Governor admits the allegations in the first sentence of paragraph 3. The Governor denies all other allegations in paragraph 3.

ANSWER AND COUNTERCLAIM
Civil Case No. 04-00035
N040802.CT (Answer).wpd

Case 1:04-cv-00035   Document 26   Filed 08/02/2004   Page 1 of 2

3. As to paragraphs 4 and 5 of the Complaint, the Governor admits said allegations.

4. As to paragraph 6 of the Complaint, the Governor admits that Douglas B. Moylan is the first duly elected Attorney General for the Territory of Guam, sworn into office on January 8, 2003; that 48 U.S.C. § 1421g(d)(1) provides for the Office of the Attorney General; that 48 U.S.C. § 1421g(d)(2) authorizes the Legislature of Guam to decide whether the Attorney General is to be elected; and that Guam Public Law No. 25-44 provides that the Attorney General is to be an elected position. The Governor denies all other allegations in paragraph 6.

5. As to paragraph 2, and paragraphs 7-20 of the Complaint, the Governor denies said allegations.

6. As to all other paragraphs and allegations not herein specifically admitted, the Governor herein generally and specifically denies said allegations.

## AFFIRMATIVE DEFENSES

Plaintiff's claim against Defendant is barred by the following affirmative defenses: failure to state a claim upon which relief can be granted; lack of case or controversy; lack of federal question; federal abstention; waiver; estoppel; laches; and collateral estoppel.

WHEREFORE, Defendant, the Governor, prays that Plaintiff takes nothing by his Complaint.

DATED this 2nd day of August, 2004.

SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM

MICHAEL A. PANGELINAN, ESQ.
JANALYNN CRUZ DAMIAN, ESQ.
CALVO AND CLARK, LLP
Attorneys for the Honorable Felix P. Camacho, Governor of Guam

By: _____
MICHAEL A. PANGELINAN