SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Post Office Box 2950
Hagåtña, Guam 96932
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

MICHAEL A. PANGELINAN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96911
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for the*
Honorable Felix P. Camacho,
Governor of Guam

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant. | CIVIL CASE NO. 04-00035<br><br>**CERTIFICATE OF SERVICE** |

I, **MICHAEL J. PEREZ**, hereby certify that on the 2nd day of August, 2004, I served via hand delivery a copy of the Answer to Plaintiff's Verified Complaint on Plaintiff, The Government of Guam, by and through the Attorney General of Guam, Office of Attorney General, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam 96910.

DATED this 2nd day of August, 2004.

MICHAEL J. PEREZ