

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
AUG - 9 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| THE GOVERNMENT OF GUAM, by and through the ATTORNEY GENERAL OF GUAM, <br><br> Plaintiff, <br><br> vs. <br><br> FELIX P. CAMACHO, in his official capacity as Governor of Guam, <br><br> Defendant. | Civil Case No. 04-00035 <br><br> **REPRESENTATION STATEMENT** |

Pursuant to 9th Circuit Rule 3-2, the undersigned hereby identifies all parties to the action and the names, addresses and telephone and fax numbers of their counsel as follows:

1. Plaintiff-Appellant Government of Guam by and through the Attorney General of Guam Douglas B. Moylan:

> Robert M. Weinberg, Assistant Attorney General
> J. Basil O'Mallan III, Deputy Attorney General
> Guam Judicial Center, Suite 2-200E
> 120 West O'Brien Drive
> Hagåtña, Guam 96910 • USA
> (671) 475-3324
> (671) 472-2493 (fax)

1

ORIGINAL

2. Defendant-Appellee Felix P. Camacho in his official capacity as Governor of the Territory of Guam:

> Shannon Taitano, Esq.
> Legal Counsel, Governor's Office
> P.O. Box 2950
> Hagåtña, Guam 96932
> (671) 472-8931
> (671) 477-4826 (fax)
>
> Michael A. Pangelinan, Esq.
> Janalynn Cruz Damian, Esq.
> Calvo and Clark, LLP
> Attorneys at Law
> 655 South Marine Corps Drive, Suite 202
> Tamuning, Guam 96911
> (671) 646-9355
> (671) 646-9403 (fax)

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
Robert M. Weinberg
Assistant Attorney