| | | |
|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>TRANSCRIPT ORDER<br>*Read Instructions on Back.* | FOR COURT USE ONLY<br>DUE DATE: |

| 1. NAME<br>Robert M. Weinberg | 2. PHONE NUMBER<br>(671) 475-3324 | 3. DATE<br>August 10, 2004 | |
|---|---|---|---|
| 4. MAILING ADDRESS Guam Judicial Center, Suite 2-200E<br>120 West O'Brien Drive | 5. CITY<br>Hagatna | 6. STATE<br>Guam | 7. ZIP CODE<br>96910 |
| 8. CASE NUMBER<br>CV-04-00035 | 9. JUDICIAL OFFICIAL<br>Coughenour | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. CASE NAME<br>GOVGUAM VS FELIX P. CAMACHO, Governor of Guam | | LOCATION OF PROCEEDINGS | |
| | 13. CITY Hagatna | | 14. STATE Guam |

15. ORDER FOR
[X] APPEAL       [ ] CRIMINAL      [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
[ ] NON-APPEAL   [X] CIVIL         [ ] IN FORMA PAUPERIS       [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)   N/A - NONE

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

FILED
DISTRICT COURT OF GUAM
AUG 17 2004
MARY L. M. MORAN
CLERK OF COURT

(30)

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]
19. DATE 8/17/04

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY       COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
☆ U.S. GPO: 1994-560-605
ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY