UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
JAN 24 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| THE GOVERNMENT OF GUAM, by and through the Attorney General of Guam,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>Defendant - Appellee. | No. 04-16638<br><br>D.C. No. CV-04-00035-JCC<br>District of Guam, Agana<br><br>ORDER |
|---|---|

FILED
DISTRICT COURT OF GUAM
JAN 31 2005
MARY L.M. MORAN
CLERK OF COURT

The parties' stipulation to voluntarily dismiss this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each parties is to bear its own cost to the appeal. A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

A TRUE COPY
ATTEST
CATHY CATTERSON
Clerk of Court
by: Ruben Talavera
Deputy Clerk
This certification does constitute the mandate of the court.

pro 1.17